UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY JAY MCCLOUD,

        Plaintiff,

   v.

LT. CASTILLO,

        Defendant.

No.  2:24-cv-00687-DAD-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS WITHOUT LEAVE TO AMEND

(Doc. Nos. 18, 29)

Plaintiff Ricky Jay McCloud is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss (Doc. No. 18) should be granted without leave to amend.  (Doc. No. 29.)  Specifically, the magistrate judge concluded that plaintiff had failed to state a cognizable claim for violation of his right to due process because plaintiff's challenged placement in administrative segregation did not, without more, violate his rights under the Fourteenth Amendment.  (*Id.* at 2–3.)  In addition, the magistrate judge concluded that the deficiency of plaintiff's claim was not capable of being cured by amendment and that the dismissal of his complaint should be without leave to amend. (*Id.* at 4.)

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 3, 2025 (Doc. No. 29) are adopted in full;

2. Defendant's motion to dismiss plaintiff's complaint (Doc. No. 18) is granted;

3. Plaintiff's complaint is dismissed with prejudice and without leave to amend; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 12, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2